B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Eastern District of Missouri

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Morgan-Wightman Supply Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **43-0647418** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**739 Goddard Avenue**<br>**Chesterfield, Missouri**<br>ZIP CODE **63005** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**St. Louis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**5668 Anglom Ct., Hazelwood, MO 63042/6010 Equitable Rd., Kansas City, MO** | ZIP CODE **64120** |

## Type of Debtor (Form of Organization) (Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

## Filing Fee (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Morgan-Wightman Supply Co.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:　　**NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐　Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X　Not Applicable**<br>　　Signature of Attorney for Debtor(s)　　　　Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐　Yes, and Exhibit C is attached and made a part of this petition.
☑　No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐　Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐　Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

　　　(Name of landlord that obtained judgment)

　　　(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Morgan-Wightman Supply Co.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney**<br>X _[signature]_<br>Signature of Attorney for Debtor(s)<br><br>**Robert E. Eggmann    Bar No. 3044/37374**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Lathrop & Gage, LLP**<br>Firm Name<br><br>**7701 Forsyth Blvd. Suite 400**<br>Address<br><br>**Clayton, Missouri 63105**<br><br>**314-613-2800**           **314-613-2801**<br>Telephone Number              Fax Number<br><br>                              **reggmann@lathropgage.com**<br>Date                                  E-Mail Address<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signature]_<br>Signature of Authorized Individual<br><br>**Stuart P. Wells**<br>Printed Name of Authorized Individual<br><br>**CEO**<br>Title of Authorized Individual<br><br>Oct 20, 2010<br>Date | |

# United States Bankruptcy Court

# Eastern District of Missouri

In re:  Case No. _____
 Chapter  **11**

**Morgan-Wightman Supply Co.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Stuart P. Wells**, declare under penalty of perjury that I am the **CEO** of **Morgan-Wightman Supply Co.**, a **Missouri** Corporation and that on **October 19, 2010** the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stuart P. Wells**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Stuart P. Wells**, **CEO** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Stuart P. Wells**, **CEO** of this Corporation, is authorized and directed to employ **Robert E. Eggmann**, attorney and the law firm of **Lathrop & Gage, LLP** to represent the Corporation in such bankruptcy case."

Executed on: Oct 20, 2010    Signed: *Stuart P. Wells*
 **Stuart P. Wells**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re

Morgan-Wightman Supply Co.    )    Case No. _____
                              )    Chapter _____11_____
                              )
                              )

Debtor(s).

**Verification of Creditor Matrix**

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of 18 page(s) and is true, correct and complete.

_____
Stuart P. Wells

DATED: Oct. 20, 2010

(L.F. 2 Rev. 05/03)

Badger Graphic Systems
1155 Wilburn Road
Sun Prairie, Wisconsin 53590

Metro Document Ctr.
Suite 345
St. Louis, MO 63131

Columns, Inc.
PO Box 895
Pearland, TX 77588-0895

All Metal Stamping, Inc.
Post Office Box 485
Abbotsford, Wisconsin 54405-0485

Allied Waste Services #346
Post Office Box 9001099
Louisville, Kentucky 40290-1099

Alumaroll Specialty Co.
4617 South Taylor Drive
Sheboyan, Wisconsin 53081-8980

American Building Products
7310 Alboa Road
Jefferson City, Missouri 65101

Andersen Logistics
22238 Network Place
Chicago, Illinois 60673-1222

Antimite
10024 Office Center Avenue
Suite 100
St. Louis, Missouri 63128

Archway Lighting
2739 Washington Avenue
St. Louis, Missouri 63103

Authorized Cutter Grinding
1005 Saint Joseph
Florissant, Missouri 63031

Bluelinx Corporation
3532 Solutions Center
Chicago, IL 60677-3005

Baer Supply Company
909 Forest Edge Drive
Vernon Hills, Illinois 60061-3149

Beechcraft Products
1100 North Saginaw Street
Durand, Michigan 48429

Bennett Packaging
Post Office Box 411145
Kansas City, Missouri 64141-1145

Better Home Products
534 Eccles Avenue

So. San Francisco, CA 94080-1979

Beyers Lumber Co.
8684 Olive Blvd.
St. Louis, Missouri 63132-2599

Block & Co., Inc.
700 W. 47th Street
Suite 200
Kansas City, MO 64112

Bright Wood Quality Millwork
Post Office Drawer 828
Madras, Oregon 97741

Bommer Industries, Inc.
Post Office Box 187
Landrum, South Carolina 29356

Branneky
True Value Hardware
11403 St. Charles Rk. Rd.
Bridgeton, Missouri 63044

Broad Building Supply Co.
Post Office Box 1052
6100 Parid Road
Columbia, Missouri 65205

Buffelen Woodworking Co.
1901 Taylor Way
Tacoma, Washington 98421

C.B. Richard Ellis/Industrial Pros.
8235 Forsyth Blvd.
Suite 1000
St. Louis, MO 63105

C.W. Ohio Inc.
PO Box 535255
Atlanta, GA 30353-5255

Cardinal Glass Industries, Inc.
NW 9013
Post Office Box 1450
Minneapolis, MN 55485-9013

Carpenters Pension Trust of St. Louis
1419 Hampton Avenue
St. Louis, MO 63139

Central States
Southeast & Southwest Area
Pension Fund
9377 West Higgins Road
Rosemont, IL 60018

Chesterfield Valley Ten.
12935 North 40 Drive
Suite 212
St. Louis, MO 63141

CHM Services

c/o John W. Rapp  
1002 Buffalo Trail  
Gardner, Kansas 66030

Clamp Nail Co.  
PO Box 43428  
Phoenix, AZ 85080-3428

Colliers Turley Martin Tucker  
5925-A W. 71st St.  
Indianapolis, IN 46278

Commco L.L.C.  
31 Design Drive  
North Kansas City, MO 64116

Commercial Openings, Inc.  
1530 Erie Street  
Kansas City, MO 64116

Compi Distributors, Inc.  
2855 Haag Road  
Arnold, MO 60310

Complete Home Concepts  
4380 Belgium Blvd.  
Riverside, MO 64150

Construction Supply Co. Inc.  
1044 Liberty Industrial Dr.  
O'Fallon, MO 63336

County Blue Reprographics  
1449 Strassner Dr.  
Bretwood, MO 63144

Crown Packaging Corp.  
PO Box 17806M  
St. Louis, MO 63195

CRP-2 Mid-South Industrial LLC  
Executive Park Lockbox  
PO Box 730938  
Dallas, TX 75373-0938

CRP-2 Mid-South Industrial, LLC  
c/o Colony Realty Partners, LLC  
Two International Place, Suite 200  
Boston, MA 02110

Deco Tool Supply Co.  
PO Box 3097  
Davenport, IA 52808

Decora  
PO Box 75527  
Chicago, IL 60675-5527

Diamond Manufacturing Inc.  
2330 Burlington  
N. Kansas City, MO 64116

Distinctive Doors, Inc.

PO Box 840587
Dallas, TX 75284-0587

Dot's Office Products, Inc.
PO Box 12536
Kansas City, MO 64116-2536

Dunbarton Corporation
Dept 1684
PO Box 11407
Birmingham, AL 35246-1684

Eagle Vending
1618 Penny Lane
Union, MO 63084

Earl E. Walker & Myrtle E. Walker
d/b/a Chesterfield Valley Ten.
c/o Vitt & Company
12935 N. Forty Drive, Suite 212
St. Louis, MO 63141

Edward Wayne Industries
10308 Metcalf #308
Overland Park, KS 66212

Enterprise Fleet Services
PO Box 800097
Kansas City, MO 64180-0089

Enterprise Leasing
10144 Paige Avenue
St. Louis, MO 63132

Excel Window & Door Inc.
1730 East Cambridge
Belton, MO 64012

Fitts Industries
PO Box 534429
Atlanta, GA 30353-4429

Flex Trim/Carter Millwork
PO Box 189
Linwood, NC 27299

Forest Products Supply
PO Box 60162
St. Louis, MO 63160-0162

Frank Paxton Lumber
PO Box 6714
Kansas City, MO 64123

Frontline Bldg. Products
PO Box 9229
Green Bay, WI 54308-9229

Fypon, Ltd.
75 Remittance Dr.
Suite 1320
Chicago, IL 60675-1320

G.E. Kessel & B.A. Kessel, TTEE
or their Successors, under the G.E.
Kessel, Jr. Liv Tr dtd 12/21/00
739 Goddard Avenue
Chesterfield, MO 63005

George Kessel
739 Goddard Avenue
Chesterfield, Missouri 63005

Hager Hinge
PO Box 953057
St. Louis, MO 63195-3057

Hallmark Stone
2200 Cassen Drive
Fenton, MO 63026

Hampton Inn
4233 N. Corrington Ave.
Kansas City, MO 64117

Hardwood Millwork LLC
PO Box 68
202 East Dean
Burton, KS 67020

Henderson Black & Green
PO Box 2391
Birmingham, AL 35201

Heubel Material Handling Inc.
PO Box 870975
Kansas City, MO 64187-0975

House of Forgings Inc.
ATTN: A/R Specialist
PO Box 4273 MSC #400
Houston, TX 77210

Ideal Door Components Inc.
4243 Springrock Circle
West Linn, OR 97068

IKON Financial Services
1738 Bass Road
Macon, GA 31210

Imperial Marble Corp.
327 E. LaSalle St.
Somonauk, IL 60552

Industrial Tire Brokerage
2233 Gravois
St. Louis, MO 63104

Indy Flex Holdings, LLC
c/o Forester Properties Inc.
11611 San Vicente Blvd., Suite 540
Los Angeles, CA 90049

Indy Flex Investors, LLC
c/o Forester Properties Inc.

11620 Wilshire Blvd.
Suite 705
Los Angeles, CA 90025

Ingersoll -Rand Co.
15768 Collections Ctr. Dr.
Chicago, IL 60693

Insulite Glass St. Louis Inc.
2425 Lemp Street
St. Louis, MO 63104

ISC Surfaces
Post Office Box 504576
St. Louis, MO 63150-4576

J. Ronald Lacey
Attorney at Law
109 Chesterfield Business Parkway
Chesterfield, MO 63005

J.W.I. Supply of Kansas Inc.
6370 College Blvd.
Overland Park, KS 66211

Jamlock Manufacturing Co.
118A N. Main St.
Cape Giradeau, MO 63701

JAT of Fort Wayne Inc.
5031 Industrial Road
Fort Wayne, IN 46825

Jeld-Wen
4300 Paysphere Circle
Chicago, IL 60674

Jim Hawk Truck Trailers, Inc.
7500 N.E. Gardner Avenue
Kansas City, MO 64120

John Sterling Corporation
6295 Reliable Parkway
Chicago, IL 60686

Johnson Hardware
2100 Sterling Ave.
Elkhart, IN 46516

JS Express
PO Box 88
St. Louis, MO 63166

JW Millwork LLC
3805 Solutions Ctr.
Chicago, IL 60677-3008

Kansas City Bldg. Supply
7600 Wedd
Overland Park, KS 66204

Kansas City NARI
5053 Merriam Drive

Meriam, KS 66203

Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796

Key Equipment Finance Inc.
11030 Circlepoint Road
2nd Floor
Westminster, CO 80020

Knicker Bocker Prop Inc. XXVII
Brown Campus #2
12353 Collections Center Drive
Chicago, Illinois 60693

Knickerboker Ind. Properties West, LP
c/o Kennedy Assoc. Real Estate Coun
2400 Financial Ctr. Bldg.
Seattle, WA 98161

Koetter Woodworking Inc.
533 Louis Smith Road
Bordon, IN 47106

Kountry Wood Products
PO Box 530
500 E. Wabash St.
Nappanee, IN 46550-0530

Krosswood Doors
2064 W. Alexander
Suite E
Salt Lake City, UT 84119

Kwikset
12340 Collections Ctr. Dr.
Chicago, IL 60693

Lemieux Doors, Inc.
350 Industrial Park Street
Windsor Quebec Canada J1S2T2

Lifetime Doors Inc.
Dept. 114301
PO Box 67000
Detroit, MI 48267-1143

Locks & Pulls Inc.
10333 Metcalf Ave.
Overland Park, KS 66212

Lumberyard Supply Co.
5060 Manchester Ave.
St. Louis, MO 63110

Macke Water Systems, Inc.
PO Box 545
Wheeling, IL 60090-0545

Masonry & Glass Systems Inc.
PO Box 2197
Lee's Summit, MO 64063

Masterbrand
Post Office Box 75527
Chicago, Illinois 60675-5527

McCray Millwork
PO Box 410325
Kansas City, MO 64141-0325

Merrick Machine Co.
PO Box 130
Alda, NE 68810-0130

MI Windows and Doors Inc.
PO Box 62475
Baltimore, MD 21264-2475

Mid America Bldg Products Corp.
Chase
PO Box 974314
Dallas, TX 75397-4314

Mid-Am Building Supply, Inc.
PO Box 645
1615 Omar Bradley Drive
Moberly, MO 65270

Moulding & Millwork, Inc.
2200 W. Haven
New Lenox, IL 60451

NACM
2275 Cassens Drive
Suite 107
Fenton, MO 63026

National Casein
Dept. 4020
PO Box 87618
Chicago, IL 60680-0618

Nu-Wood
1722 Eisenhower Drive North
Goshen, IN 46526

ODL Inc.
PO Box 535219
Atlanta, GA 30353-5219

Office Essentials Incorporated
1834 Walton Road
St. Louis, MO 63114

Overland Tool
7905 Nieman Road
Lenexa, KS 66214

P1 Group Service
16210 W. 100th Street
Lenexa, Kansas 66219

Pacific Mutual Door
PO Box 3057

Kansas City, KS 66103-3057

Palmer Leasing Group
PO Box 19882
Indianapolis, IN 46219

Patriot Products
9600 E. 53rd Street
Raytown, MO 64133

Penske Truck Leasing
PO Box 802577
Chicago, IL 60680

Penske Truck Leasing Co.
PO Box 802577
Chicago, IL 60680-2577

Ply Gem Windows
Post Office Box 809172
Chicago, Illinois 60680-9172

Priority Tools & Services Inc.
PO Box 69
Okeana, OH 45053-0069

Pro-Con Inc.
1000 W. Hunters Ridge
Lee's Summit, MO 64086

Riverdale Packaging
PO Box 60648
St. Louis, MO 63160-0648

RWI Transportation
PO Box 633608
Cincinnati, OH 45263

Schlage Lock Company
15962 Collections Ctr. Dr.
Chicago, IL 60695

Warrior Building Products, Inc.
PO Box 502856
St. Louis, Missouri 63150-2856

Schlegel Systems, Inc.
PO Box 347299
Pittsburg, PA 15251-4299

Schnucks Markets, Inc.
PO Box 954248
St. Louis, MO 63195-4248

Schutte Lumber
3001 Southwest Blvd.
Kansas City, MO 64108

Shawnee Woodwork, Inc.
PO Box 633
112 SW Harrison
Topeka, KS 66601

Shipping Utilities Inc.
PO Box 790051
St. Louis, MO 63179

Silver Line Bldg Products Corp.
25147 Network Place
Chicago, IL 60673-5147

Smart LLC
15969 Collections Ctr. Dr.
Chicago, IL 60693

Smithereen Pest Management
7400 N. Melvina Avenue
Niles, IL 60714

Southern Fastening Systems
650 Sanden Blvd.
Wylie, TX 75098

Springvalley Woodworks
PO Box 1568
Ozark, MO 65721

Stallion Doors & Millwork
6380 Saukview Drive
St. Cloud, MN 56303

Stuart P. Wells and Ann B. Wells,
TTEE under the Stuart P. Wells
Revocable Trust dtd 6/12/1996
739 Goddard Avenue
Chesterfield, MO 63005

Stuart P. Wells Revocable Trust
Dtd 6-12-1996 and Ann B. Wells
Revocable Trust Dtd 6-12-1996
739 Goddard Ave.
Chesterfield, MO 63005

Suburban Industrial Packaging
1519 Tower Grove
St. Louis, MO 63110

Sun Lumber
8630 Gibbs Road
Kansas City, KS 66111

The Jeske Co, Inc.
PO Box 1426
Appleton, WI 54912

The Marwin Co., Inc.
PO Box 9126
Columbia, SC 29290

The Sherwin Williams Co.
Accounts Receivable Dept.
1179 W. Kansas St.
Liberty, MO 64068-2281

Thomas Nielsen Wholesale Inc.
PO Box 5275

Kansas City, KS 66119

Top Notch Dist. Inc.
PO Box 189
413 Erie Street
Honesdale, PA 18431

Truesource Building Supply
PO Box 480096
350 Duck Road
Kansas City, MO 64148

Trustile Doors LLC
c/o Key Bank
PO Box 712311
Cincinnati, OH 45271-2311

Ultra Flex Moulding
PO Box 462830
Escondido, CA 92046

Van Valer Law Firm, LLP
299 W. Main Street
Greenwood, IN 46142-7575

Velux-America, Inc. IL.
PO Box 75435
Charlotte, NC 28275-0435

Vi-Lux Moulding Inc.
105 Richmond Blvd.
Napanee, Ontario Canada K7R3Z8

Viwintech Windows & Doors
PO Box 588
Paducah, KY 42002-0588

V-T Industries, Inc.
PO Box 3172
Omaha, NE 68103

Wellborn Cabinet, Inc.
PO Box 277295
Atlanta, GA 30384-7295

Woodmark International
PO Box 941245
Plano, TX 75094-1245

Worldwide Door Components Inc.
5017 North Coolidge
Tampa, FL 33614

Xerox Corporation
PO Box 660501
Dallas, TX 75266-0501

Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361

YRC
PO Box 93151

Chicago, IL 60673-3151

Zipf Lock Co.
PO Box 935
Columbus, OH 43216